UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION and STATESBORO DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
TARA M. LYONS
June 20, 2019 through July 5, 2019
and July 15, 2019 through July 19, 2019

Case Nos.:
CR119-014, D. Canada
CR119-015, T. Corbin, et. al.
CR119-022, G. Powell, et. al.
CR118-079, M. Hamilton
CR119-036, C. Powell, et. al.
CR119-024, C. Walker, et. al.
CR118-026, I. Franz
CR118-041, M. Fucci-Wilson
CR118-005, C. Mobley, Jr.
CR118-004, S. Hargrove
CR118-054, D. Ficklin
CR118-055, D. Hall
CR118-056, W. Harris
CR119-008, W. Lane
CR119-002, S. Champagne
CR118-071, A. Burley, et. al.
CR118-074, M. Copeland
CR118-083, D. McClellan
CR119-001, D. Hall
CR111-073, C. Dansby
CR119-051, R. Alva
CR119-052, S. Freeman, et. al.
CR119-049, R. Moore, Jr.
CR619-001, R. Mullen

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of June 20, 2019 through July 5, 2019 for vacation out of state; and July 15, 2019 through July 19, 2019 for a continuing legal education course out of state; same is hereby GRANTED.

This 9th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA